IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF**:, | **ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT** |
| 4309 ADEL COURT, BAKERSFIELD, CALIFORNIA; | CASE NO. 5:15-SW-00033 JLT |
| 301 H STREET SUITE C, BAKERSFIELD, CALIFORNIA; | |
| 1009 SAN VICENTE DRIVE, BAKERSFIELD, CALIFORNIA; | |
| 11126 VISTA DEL VALLE DRIVE, BAKERSFIELD, CALIFORNIA; | |
| BLUE 2013 TOYOTA TACOMA BEARING CALIFORNIA LICENSE PLATE 82147Kl; | |
| SILVER 1996 HONDA CIVIC BEARING CALIFORNIA LICENSE PLATE 6RSR147 | |
| 2636 VICTORIA DRIVE, BAKERSFIELD, CALIFORNIA; | CASE NO. 5:15-SW-00034 JLT |
| 5501 LE CONTE AVENUE, BAKERSFIELD, CALIFORNIA; | |
| 3331 BOISE STREET, BAKERSFIELD, CALIFORNIA; | |
| SILVER 2003 HONDA ACCORD SEDAN BEARING CALIFORNIA LICENSE PLATE 6ZDM933 | |

The search warrants and affidavits in support of the above-referenced search warrants, having previously been sealed by orders of this Court, and it appearing that the search warrants and affidavits no longer need to remain sealed based on the government's motion.

/ / /

/ / /

/ / /

1   IT IS HEREBY ORDERED that the search warrants and affidavits in support of the search
2   warrants herein be unsealed and made public record.

4   IT IS SO ORDERED.

Dated:   **August 11, 2015**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE